**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00219-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

KELLIE MARSHALL,

    Plaintiff,

v.

CORRECTIONAL OFFICER COGGINS (LVCF),
CORRECTIONAL OFFICER BOATMAN (LVCF),
LT. B. ROOT (Facility Housing LVCF), and
LT. MARTINEZ (Facility Shift Commander),

    Defendants

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

Plaintiff has submitted a Prisoner Complaint and a Motion to File Without Payment of Filing Fee.  As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are deficient as described in this order.  Plaintiff will be directed to cure the following if she wishes to pursue her claims.  Any papers that the Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)   ___   is not submitted
(2)   _X_   is not on proper form (must use the court's current form)
(3)   ___   is missing original signature by Plaintiff
(4)   ___   is missing affidavit
(5)   ___   affidavit is incomplete
(6)   ___   affidavit is not notarized or is not properly notarized

(7) __    names in caption do not match names in caption of complaint, petition or application
(8) _X_   other: Motion is necessary only if $350.00 filing fee is not paid in advance.

**Complaint or Petition**:
(9)  __    is not submitted
(10) __    is not on proper form (must use the court's current form)
(11) __    is missing an original signature by the Plaintiff
(12) __    is incomplete
(13) __    uses et al. instead of listing all parties in caption
(14) __    names in caption do not match names in text
(15) __    addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16) __    other _____

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Plaintiff shall obtain the court-approved Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED February 7, 2012, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge