IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00219-BNB

KELLIE MARSHALL,

     Plaintiff,

v.

CORRECTIONAL OFFICER COGGINS (LVCF),
CORRECTIONAL OFFICER BOATMAN (LVCF),
LT. B. ROOT (Facility Housing LVCF), and
LT. MARTINEZ (Facility Shift Commander),

     Defendants.

---

ORDER DRAWING CASE

---

     After review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that

this case does not appear to be appropriate for summary dismissal.  Therefore, the

case will be drawn to a district judge and to a magistrate judge.  *See* D.C.COLO.LCivR

8.2D.  Accordingly, it is

     ORDERED that this case shall be drawn to a district judge and to a magistrate

judge.

     DATED March 29, 2012, at Denver, Colorado.

                               BY THE COURT:

                               s/ Boyd N. Boland
                              United States Magistrate Judge