**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00219-PAB-MEH

KELLIE MARSHALL,

    Plaintiff,

v.

COGGINS, Correctional Officer (LVCF),
BOATMAN, Correctional Officer (LVCF),
B. ROOT, Lt. (Facility Housing LVCF), and
MARTINEZ, Lt. (Facility Shift Commander),

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Accepting Magistrate Judge's Recommendation of Judge (Doc #26) Philip A. Brimmer entered on October 16, 2012 it is

ORDERED that Plaintiff KELLIE MARSHALL recovers nothing, and that the complaint and this civil action are dismissed without prejudice.

DATED at Denver, Colorado, this 19th day of October, 2012.

                                    FOR THE COURT:

                                    JEFFREY P. COLWELL, CLERK

                                    By: s/Edward P. Butler
                                            Edward P. Butler
                                            Deputy Clerk